IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE LEWIS T. BABCOCK

COURTROOM MINUTES
_____

| Courtroom Deputy: Deborah Hansen | Date: June 30, 2010 |
| Court Reporter: Suzanne Claar | Probation: Katrina Devine |
| | Interpreter: Cathy Bahr |

_____

Criminal Action No. 10-cr-00074-LTB     *Counsel:*

UNITED STATES OF AMERICA,     Joseph Mackey

    Plaintiff,

v.

1. JOSE ANTONIO RUBIO-CHAVEZ,     Robert Pepin

    Defendant.

_____

### SENTENCING
_____

09:05 a.m.     Court in Session

Defendant is present and in custody

Interpreter sworn

Court comments

**ORDERED: The Motion for Variant Sentence (Doc No. 24) is GRANTED.**

 Defendant's statement

1

> Defendant plead guilty to the Indictment on April 21, 2010.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant, Jose Antonio Rubio-Chavez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 30 months.**

**ORDERED**: **Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years**.

**ORDERED**: Conditions of Supervised Release:
- (x) If not deported, within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released
- (x) Defendant shall not commit another federal, state or local crime
- (x) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921
- (x) Defendant shall comply with standard conditions as adopted by the court
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because it is likely the defendant will be deported.
- (x) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS**: of Supervised Release
- (x) Defendant, if deported, shall not return to the U.S. illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest U.S. Probation Office within 72 hours of defendant's return.

The sentence imposed is one that the Court finds is sufficient but not greater than necessary to comply with the purposes set forth in 18 United States Code § 3553(a).

**ORDERED:** Defendant shall pay $100.00 to Crime Victim Fund (Special Assessment) to be paid immediately.

**ORDERED:** No fine is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED**: Defendant advised of right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

09:15 a.m.   Court in Recess
             Hearing concluded
             Time:  /10