# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00074-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE ANTONIO RUBIO-CHAVEZ,

    Defendant.
_____

## ORDER
_____

Upon the Government's Response to Defendant's *pro se* Motion to Reduce Sentence (Doc 29),

IT IS ORDERED that the Defendant's *pro se* Motion to Reduce Sentence (Doc 29) is DENIED.

                                                               BY THE COURT:

                                                               s/Lewis T. Babcock
                                                               Lewis T. Babcock, Judge

DATED: July 30, 2010