**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00074-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE ANTONIO RUBIO-CHAVEZ,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on the Defendant's Motion for Sentence Relief Under the Federal Prison Bureau Non-Violent Offender Relief Act of 2003 (Doc 34).  I imposed a variant sentence of 30 months imprisonment against Defendant on June 30, 2010.  Then on July 12, 2010, Defendant filed a pro se Motion to Reduce Sentence based on "good behavior."  That motion was denied on July 30, 2010.

The Motion now before the Court was filed on May 6, 2011.  While the Federal Prison Bureau Non-Violent Offender Relief Act of 2003 may have been introduced in a previous session of Congress in 2003, there is no indication that the Act has been passed by Congress and signed by the President.  It is therefore inapplicable here.

IT IS THEREFORE ORDERED that the Defendant's Motion for Sentence Relief Under the Federal Prison Bureau Non-Violent Offender Relief Act of 2003 (Doc 34) is DENIED.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   June 1, 2011